UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL AYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV01243 AGF |
| | ) | |
| CITY OF ST. LOUIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>ORDER</u>

**IT IS HEREBY ORDERED** that on **Tuesday, April 4, 2006, at 10:00 a.m.**, the Court

shall hold a hearing on the motion of Plaintiff's attorneys to withdraw as counsel for Plaintiff. In

addition to counsel, Plaintiff is required to attend in person. A portion of the hearing may

proceed outside the hearing of defense counsel.

**IT IS FURTHER ORDERED** that it is the duty of Plaintiff's counsel to assure that

Plaintiff Aye is advised of this Order and of the need to appear.


_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated this 31st day of March, 2006.