UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| SAMUEL AYE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:04CV01243 AGF |
| CITY OF ST. LOUIS, et al., | ) | |
| Defendants. | ) | |

## **ORDER**

Following a hearing held in this case on this day, a portion of which was conducted ex parte, outside the hearing of defense counsel,

**IT IS HEREBY ORDERED** that the motion of Plaintiff's counsel to withdraw is **DENIED**. [Doc. #43]

**IT IS FURTHER ORDERED** that if any transcript is requested of the portions of the hearing held outside the hearing of Defendants' counsel, it shall be filed under seal and shall not be subject to review by anyone other than Plaintiff without leave of Court.

**IT IS FURTHER ORDERED** that all pre-trial materials which were due 20 days before trial shall be due on **Friday, April 7, 2006**. By that date, Defendants may also amend, to the extent deemed necessary, any pre-trial materials previously submitted.

**IT IS FURTHER ORDERED** that a final pre-trial conference in this case is set for **Tuesday, April 18, 2006, at 1:30 p.m.**

Dated this 4th day of April, 2006.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE