# United States District Court
EASTERN DISTRICT OF MISSOURI

**JUDGMENT IN A CIVIL CASE**

SAMUEL AYE,

    Plaintiff(s),

          v.          CASE NUMBER:    4:04CV001243AGF

MICHAEL SCEGO, LANCE WOLF,
CARL DULAY, DON VEILE AND MARY KING
    Defendant(s).

☒     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Directed Verdict.** This action came before the Court for a trial by jury, the Court having sustained defendant's motion for judgment as a matter of law at the close of plaintiffs' case;

☐     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED** that on plaintiff Samuel Aye's claim of excessive use of force against defendant Michael Scego, judgment is entered on behalf of defendant Michael Scego and against plaintiff Samuel Aye.

    **IT IS FURTHER ORDERED AND ADJUDGED** that on plaintiff Samuel Aye's claim of excessive use of force against defendant Lance Wolf, judgment is entered on behalf of defendant Lance Wolf and against plaintiff Samuel Aye.

    **IT IS FURTHER ORDERED AND ADJUDGED** that on plaintiff Samuel Aye's claim of excessive use of force against defendant Carl Dulay, judgment is entered on behalf of defendant Carl Dulay and against plaintiff Samuel Aye.

    **IT IS FURTHER ORDERED AND ADJUDGED** that on plaintiff Samuel Aye's claim of excessive use of force

against defendant Don Veile, judgment is entered on behalf of defendant Don Veile and against plaintiff Samuel Aye.

**IT IS FURTHER ORDERED AND ADJUDGED** that on plaintiff Samuel Aye's claim of failure to intervene against defendant Mary King, judgment in entered on behalf of defendant Mary King and against plaintiff Samuel Aye.

|  |  |
|---|---|
| July 6, 2006<br>DATE | James G. Woodward<br>CLERK<br><br>By: /s/ C. Lippold<br>DEPUTY CLERK |